BENJAMIN FOSTER, Respondent, v. HARRIS STRUCTURAL STEEL COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands, etc., for the Purpose of Opening, etc., Elm Street, etc., in the 6th, 14th and 15th Wards of the City of New York. COMPTROLLER OF THE CITY OF NEW YORK and Another, Appellants, Respondents; AMERICAN EXPRESS COMPANY, Respondent, Appellant. — Order so far as appealed from modified as indicated in order, and as modified affirmed, with costs to appellant, the American Express Company. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Estate of CLEMENTINE M. SILVERMAN, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of ABRAHAM S. KARASICK for Admission to Citizenship.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of striking out from the order denying citizenship the provision for a permanent injunction. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

NORMAN D. GOLDSTEIN, an Infant, by SAMUEL H. GOLDSTEIN, His Guardian ad Litem, Appellant, v. ELEANORE C. GOLDSTEIN, an Infant, by SAMUEL W. LEVINE, Her Guardian ad Litem, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

RAYMOND GUEDE COGHLAN, Respondent, v. THE GRAPHOSCOPE COMPANY and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA M. ZIPFEL, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.